UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-1   PETER RAYMOND NWOKE,

      Defendant.
_____/

VIO:   26 U.S.C. §7206(1)

Case: 2:18-cr-20686
Judge: Hood, Denise Page
MJ: Stafford, Elizabeth A.
Filed: 10-11-2018 At 04:14 PM
SEALED MATTER (EK)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### False Statement on Tax Return – 2011 Return
### 26 U.S.C. § 7206(1)

That on or about October 16, 2012, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, a resident of Grosse Pointe Woods, Michigan, did willfully make and subscribe an individual U.S. Individual Tax Return (1040) which was verified by a written declaration that it was made under penalties of perjury, and was filed with the Internal Revenue Service, which said joint U.S. Individual Tax Return he did not believe to be true and correct as to every material matter, in that the said joint U.S. Individual Tax Return reflected taxable income for the calendar year of 2011 for PETER

RAYMOND NWOKE and his spouse of $152,569.00, and that the amount of tax due and owing thereon was the sum of $48,175.00, whereas, as he then and there well knew and believed, their joint taxable income for the calendar year of 2011 was the sum of approximately $868,978.00, upon which joint taxable income there was owing to the United States of America an income tax of approximately $265,180.00, leaving a tax due and owing at that time of approximately $217,005.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
### False Statement on Tax Return – 2012 Return
### 26 U.S.C. § 7206(1)

That on or about October 17, 2013, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, a resident of Grosse Pointe Woods, Michigan, did willfully make and subscribe an individual U.S. Individual Tax Return (1040) which was verified by a written declaration that it was made under penalties of perjury, and was filed with the Internal Revenue Service, which said joint U.S. Individual Tax Return he did not believe to be true and correct as to every material matter, in that the said joint U.S. Individual Tax Return reflected taxable income for the calendar year of 2012 for PETER RAYMOND NWOKE and his spouse of $139,127.00, and that the amount of tax due and owing thereon was the sum of $43,926.00, whereas, as he then and there

well knew and believed, their joint taxable income for the calendar year of 2012 was the sum of approximately $262,228.00, upon which joint taxable income there was owing to the United States of America an income tax of approximately $85,692.00, leaving a tax due and owing at that time of approximately $41,766.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT THREE
### False Statement on Tax Return – 2013 Return
### 26 U.S.C. § 7206(1)

That on or about October 17, 2014, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, a resident of Grosse Pointe Woods, Michigan, did willfully make and subscribe an individual U.S. Individual Tax Return (1040) which was verified by a written declaration that it was made under penalties of perjury, and was filed with the Internal Revenue Service, which said U.S. individual Tax Return he did not believe to be true and correct as to every material matter, in that the said individual U.S. Individual Tax Return reflected taxable income for the calendar year of 2013 for PETER RAYMOND NWOKE and his spouse of $144,057.00, and that the amount of tax due and owing thereon was the sum of $58,398.00, whereas, as he then and there well knew and believed, their joint taxable income for the calendar year of 2013 was the sum of approximately $238,679.00, upon which individual taxable income there

3

was owing to the United States of America an income tax of approximately $88,239.00, leaving a tax due and owing at that time of approximately $29,841.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT FOUR
### Failure to Pay Income Taxes – 2011
### 26 U.S.C. § 7203

During the calendar year 2011, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, who was a resident of Grosse Pointe Woods, Michigan, had and received taxable income of approximately $868,978.00, on which taxable income there was owing to the United States of America an income tax of approximately $265,180.00. He was required by law to pay, on or before April 15, 2012, that income tax to the Internal Revenue Service Center, at Cincinnati, OH, to a person assigned to receive returns at the local office of the Internal Revenue Service at Detroit, MI, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well aware of his obligation to pay income tax on all of his taxable income, he did willfully fail, on April 15, 2012, to pay the income tax due, in violation of Title 26, United States Code, Section 7203.

## COUNT FIVE
### Failure to Pay Income Taxes – 2012
### 26 U.S.C. § 7203

During the calendar year 2012, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, who was a resident of Grosse Pointe Woods, Michigan, had and received taxable income of approximately $262,228.00, on which taxable income there was owing to the United States of America an income tax of approximately $85,692.00. He was required by law to pay, on or before April 15, 2013, that income tax to the Internal Revenue Service Center, at Cincinnati, OH, to a person assigned to receive returns at the local office of the Internal Revenue Service at Detroit, MI, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well aware of his obligation to pay income tax on all of his taxable income, he did willfully fail, on April 15, 2013, to pay the income tax due, in violation of Title 26, United States Code, Section 7203.

## COUNT SIX
### Failure to Pay Income Taxes – 2013
### 26 U.S.C. § 7203

During the calendar year 2013, in the Eastern District of Michigan, Southern Division, PETER RAYMOND NWOKE, defendant herein, who was a resident of Grosse Pointe Woods, Michigan, had and received taxable income of approximately

$238,679.00, on which taxable income there was owing to the United States of America an income tax of approximately $88,239.00. He was required by law to pay, on or before April 15, 2014, that income tax to the Internal Revenue Service Center, at Cincinnati, OH, to a person assigned to receive returns at the local office of the Internal Revenue Service at Detroit, MI, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well aware of his obligation to pay income tax on all of his taxable income, he did willfully fail, on April 15, 2014, to pay the income tax due, in violation of Title 26, United States Code, Section 7203.

                                              THIS IS A TRUE BILL

MATTHEW SCHNEIDER                     s/GRAND JURY FOREPERSON
United States Attorney

s/WAYNE F. PRATT
CHIEF, Health Care Fraud Unit

s/JOHN C. ENGSTROM
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9571
Email: john.engstrom@usdoj.gov

Dated:   October 11, 2018

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case: 2:18-cr-20686<br>Judge: Hood, Denise Page<br>MJ: Stafford, Elizabeth A.<br>Filed: 10-11-2018 At 04:14 PM<br>SEALED MATTER (EK) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** JCE |

**Case Title:** USA v. PETER RAYMOND NWOKE

**County where offense occurred:** WAYNE

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 11, 2018
Date

*(signature)*
JOHN C. ENGSTROM
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9571
Fax:    (313) 226-2621
E-Mail address: john.engstrom@usdoj.gov
Attorney Bar #: P38436

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.