**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

PETER RAYMOND NWOKE,

          Defendant.

_____/

Case No. 18-20686
Hon. Denise Page Hood

**ORDER GRANTING LEAVE TO SERVE RULE 17(c) SUBPOENA**
**AND DIRECTING THE U.S. MARSHALS TO SERVE**

This matter is presently before the Court on Defendant Peter Nwoke's request for leave to serve a subpoena to appear at trial by the U.S. Marshal Service pursuant to Fed. R. Crim. P. Rule 17(c).  The Government does not object.

This matter is currently in trial.  The defense attempted service on Glynis Prior but the defense claims she has evaded service.  Defendant seeks service by the U.S. Marshal Service for Ms. Prior to appear at trial on May 11, 2026, 11 a.m.  The Court finds that the defense has attempted to serve the subpoena to appear at trial on Glynis Prior but has been unsuccessful.

Accordingly,

**IT IS ORDERED** that Defendant's request for leave to serve a Rule 17(c)

subpoena to appear at trial on witness Glynis Prior is GRANTED.  An officer of the

U.S. Marshals Service shall serve personally the subpoena in accordance with Rule

17(d).

**SO ORDERED.**

s/DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED:  May 7, 2026